THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
JEAN M. TURK [ C.S.B.N. 131517]
Special Assistant United States Attorney
333 Market St., Suite 1500
San Francisco, CA 94105
Telephone: 415-977-8935
Facsimile: 415-744-0134
Email: jean.turk@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ANAHIT RAMAZYAN,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>　　　Defendant. | CV 07-4178 ~~JTL~~ RC<br><br>JUDGMENT FOR PLAINTIFF |

~~The Court having approved the stipulation of the parties to reopen this case for the purpose of entering judgment for Plaintiff,~~ The Court hereby grants judgment for Plaintiff.

DATE: 8-31-2009

_____
United States Magistrate Judge

-1-